UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH ANN OSTROWSKI,

    Plaintiff,

v.

SOCIAL SECURITY
COMMISSIONER,

    Defendant.
_____/

Case No. 16-13988

Hon. John Corbett O'Meara
Magistrate Judge David R. Grand

# ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge David R. Grand's report and recommendation dated December 21, 2017. Magistrate Judge Grand recommends that the court grant Defendant's motion for summary judgment, deny Plaintiff's motion for summary judgment, and affirm the final decision of the Commissioner of Social Security. Plaintiff filed objections to the report and recommendation on January 4, 2018, to which Defendant responded on January 16, 2018.

With respect to reports and recommendations from magistrate judges, this court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in

part, the findings or recommendations made by the magistrate." Id.

Having conducted a *de novo* review of Magistrate Judge Grand's report, the parties' submissions, and the administrative record, the court finds Plaintiff's objections to be without merit.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Grand's December 21, 2017 report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment is DENIED and Defendant's motion for summary judgment is GRANTED.

                                                             s/John Corbett O'Meara
                                                             United States District Judge

Date: January 24, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 24, 2018, using the ECF system.

                                                             s/William Barkholz
                                                             Case Manager